## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE MEDTRONIC, INC.
SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION

This documents relates to:
**Jonaitis v. Medtronic, Inc. et al.**
**09-cv-00965**

MDL NO. 08-1905 (RHK/JSM)

**ORDER GRANTING PLAINTIFFS'
LEAD COUNSEL'S MOTION TO
DISMISS**

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No.

14), and based on the files, records and pleadings herein, **IT IS ORDERED** that the

Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal

Rule of Civil Procedure Rule 41(a), the action styled Jonaitis v. Medtronic, Inc. et al.,

Civil Action No. 09-cv-00965, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 21, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge